# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

V.

LINDA L. BEEKS A/K/A LINDA BEEKS; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 17-02259

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LINDA L. BEEKS A/K/A LINDA BEEKS the above process on the 16 day of July, 2017, at 1:30 o'clock, PM, at 7335 WALNUT LANE PHILADELPHIA, PA 19138, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age **61-65**   Height **5'7**   Weight **160**   Race **BLACK**   Sex **FEMALE**   Hair **BLACK**
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of **Pa**   )
                              ) SS:
County of **Berks**            )

Before me, the undersigned notary public, this day, personally, appeared **D'Wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-169997
Case ID #: 4934213

Subscribed and sworn to before me
this **18** day of **July**, 20**17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017